JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PHUC HONG NGUYEN,

      Petitioner,

      v.

E. RICOLOL, WARDEN

      Respondent.

Case No. 5:26-cv-01929-DOC

**ORDER DISMISSING CASE (Fed. R. Civ. P. 41(a)(1))  [13]**

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that: (1) the parties' Stipulation for Voluntary Dismissal is APPROVED; (2) Judgment be entered dismissing this action; (3) All pending requests and motions are denied as moot.

    IT IS SO ORDERED.

DATED: June 5, 2026

HON. DAVID O. CARTER
United States District Judge